IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIDEO ENHANCEMENT SOLUTIONS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DENON ELECTRONICS (USA), L.L.C., *et al.*, <br><br> Defendants. | Civil Action No. 1:09-CV-3391-JOF |

**NOTICE OF DISMISSAL OF DEFENDANT**
**SANYO NORTH AMERICA CORPORATION**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(i), Plaintiff Video Enhancement Solutions, LLC hereby dismisses without prejudice the claims asserted in its Complaint against Defendant Sanyo North America Corporation, with each party to bear its own costs and attorney's fees.

2695182 v01

This 9th day of February, 2010.

                                             Respectfully submitted,

                                             **MORRIS, MANNING & MARTIN, LLP**

                                             By:_____/s/ Bryan Harrison
                                                  Bryan G. Harrison
                                                  Georgia Bar No. 331750
                                                  W. Andrew McNeil
                                                  Georgia Bar No. 498636

                                             Attorneys for Plaintiff Video Enhancement Solutions, LLC

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Telephone: (404) 233-7000
Fax: (404) 365-9532

2695182 v01

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIDEO ENHANCEMENT SOLUTIONS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>DENON ELECTRONICS (USA), L.L.C., *et al.*,<br><br>Defendants. | Civil Action No. 1:09-CV-3391-JOF |

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 9, 2009, I electronically filed the NOTICE OF DISMISSAL OF DEFENDANT SANYO NORTH AMERICA CORPORATION with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

2695182 v01

-2-

                                                  /s/ Bryan G. Harrison  
                                                  Bryan G. Harrison  
                                                  Georgia Bar No.  331750  

MORRIS, MANNING & MARTIN, LLP  
1600 Atlanta Financial Center  
3343 Peachtree Road, N.E.  
Atlanta, Georgia 30326-1044  

2695182 v01