# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| VIDEO ENHANCEMENT SOLUTIONS, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:09-CV-3391-JOF |
| DENON ELECTRONICS (USA), L.L.C., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF DAVID WHITE

I, David White, hereby declare and state as follows:

1.      I am the Vice President of Video Enhancement Solutions, L.L.C. ("VES").  I submit this Declaration in opposition to the Joint Motion to Transfer Venue by Defendants Epson America, Inc., Onkyo U.S.A. Corporation, and Yamaha Electronics Corporation, USA (the "Motion to Transfer").  Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2.      VES is a limited liability company, organized and existing under the laws of Texas.

2707782 v01

3.    VES's principal place of business is located at 3355 Lenox Road, Suite 750, Atlanta, GA 30326. VES has resided at this address since November 11, 2009. VES is registered to do business in the state of Georgia.

4.    VES is not registered to do business in the State of California.

5.    VES does not have a designated registered agent for service of process in the State of California.

6.    VES does not maintain or own any offices, places of business, post office boxes, telephone listings, real estate, or other interest in any property in the state of California.

7.    Beginning in August 2009, VES forwarded all documents relevant to this dispute that are within its possession, custody, or control to the offices of its counsel in Atlanta, Georgia.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: March 11, 2010.

_____
David White

- 2 -